UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON HUMES,<br><br>    Plaintiff,<br><br>  v.<br><br>SACRAMENTO COUNTY SUPERIOR COURT,<br><br>    Defendant. | No. 2:18-cv-0769 AC P<br><br>ORDER |

Plaintiff has filed a motion for extended time to file an application to proceed in forma pauperis. The current deadline is May 11, 2018. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for extended time, ECF No. 5, is granted;

2. Plaintiff is granted thirty (30) days from the date of this order in which to file an application to proceed in forma pauperis; and

3. Plaintiff's motion for a preliminary injunction directing the Sacramento County Jail to expedite the administrative processing of plaintiff's in forma pauperis application, ECF No. 4, is denied.

DATED: May 8, 2018

                                /s/ Allison Claire
                                ALLISON CLAIRE
                                UNITED STATES MAGISTRATE JUDGE