UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON HUMES,<br><br>    Plaintiff,<br><br>    v.<br><br>SACRAMENTO COUNTY SUPERIOR COURT,<br><br>    Defendant. | No. 2:18-cv-0769 AC P<br><br><br>ORDER |

    Plaintiff is a Sacramento County Jail inmate proceeding pro se in this action filed pursuant to 42 U.S.C. § 1983. By order filed May 9, 2018, the court granted plaintiff's request for extended time to submit an application to proceed in forma pauperis, with a deadline of June 7, 2018. See ECF No. 6. Plaintiff has now filed a "motion" in this case, and in ten additional cases plaintiff has pending in this court. The "motion" requests this court's active cooperation in the jail's processing of plaintiff's numerous in forma pauperis applications. Plaintiff asks the court to "make 10 copies" of a form application he has completed and attached; to send the copies to Lieutenant Ramos at the jail; and adds that "it would be great if you could put the above case numbers on them too." See ECF No. 9.

    Plaintiff's motion will be denied as frivolous. There is no basis in law or in the rules of the court for the assistance that plaintiff seeks. However, the court will construe the motion as

plaintiff's request for additional time to submit a completed application to proceed in forma pauperis in this case only.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's "motion" for the court's assistance, ECF No. 9, is denied as framed but construed as a further request for extended time.

2. Plaintiff is granted thirty (30) days from the filing date of *this* order in which to submit a completed application to proceed in forma pauperis in *this* case.

IT IS SO ORDERED.

DATED: June 1, 2018

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE