UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON HUMES,<br><br>           Plaintiff,<br><br>    v.<br><br>SACRAMENTO COUNTY SUPERIOR COURT,<br><br>           Defendant. | No. 2:18-cv-0769 KJM AC P<br><br>ORDER |

On September 10, 2018, plaintiff filed objections to the July 19, 2018, findings and recommendations. This civil rights action was closed on August 27, 2018. Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

DATED: September 18, 2018

                                                  */s/ Allison Claire*<br>
                                                  ALLISON CLAIRE<br>
                                                  UNITED STATES MAGISTRATE JUDGE